**Order entered May 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00267-CR
No. 05-13-00268-CR
No. 05-13-00269-CR

**CHRISTOPHER JAMES RYALS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F05-18864-U, F12-40687-U, F12-41706-U**

## ORDER

The Court **DENIES** appellant's May 16, 2014 motion for the record. As to cause number 05-13-00267-CR, counsel has not yet filed a brief and appellant is not entitled to hybrid representation.

As to cause numbers 05-13-00268-CR and 05-13-00269-CR, appellant's counsel has certified that she has sent appellant the record. Appellant request for the record appears to be based on issues that he believes should be in the record rather than any complaint regarding the incompleteness of the record.

We remind appellant that his pro se response to the *Anders* brief filed in cause numbers 05-13-00268-CR and 05-13-00269-CR is due by **JULY 1, 2014**. If the pro se response is not filed by that date, the appeals will be submitted on the *Anders* brief alone.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

We **DIRECT** the Clerk to send a copy of the order, by first-class mail, to Christopher Ryals, TDCJ No. 1840892, Tulia Unit, 4000 Hwy 86 West, Tulia, Texas 79088.


/s/    LANA MYERS
        JUSTICE